Prob 19
EDTN78 (6/2000)

# United States District Court for the
# EASTERN DISTRICT OF TENNESSEE



U.S.A. vs Sonya Annette Cooper             Docket No. 2:06-CR-57-001

TO: [1] **Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Sonya Annette Cooper | SEX<br>Female | RACE<br>White/Non-Hispanic | AGE<br>41 |
| ADDRESS(STREET, CITY, STATE)<br>789 Old Highway 66, Rogersville, TN 37857 ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Eastern District of Tennessee, at Greeneville ||||
| CLERK<br>Pat McNutt | (BY) DEPUTY CLERK || DATE<br>7/27/11 |

| RETURN |||
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED<br>8-3-11 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. MARSHALS |||
| NAME<br>MARCUS BALL | (BY) | DATE<br>8-3-11 |

1557320

1174-0801-1972-0

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Case 2:06-cr-00057-JRG   Document 47   Filed 08/11/11   Page 1 of 1   PageID #: 65