DEFENDANT: SONYA ANNETTE COOPER
CASE NUMBER: 2:06-CR-57

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

**18 months with no further term of supervised release.**

[✓] The court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since 8/3/2011.
2. Designation to the BOP federal facility at Alderson, WV.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [ ] a.m. [ ] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _11/1/11_ to _SFF HAZELTON_

at _____, with a certified copy of this judgment.

Terry O'Brien, Warden
UNITED STATES MARSHAL

By _____ CSO
DEPUTY UNITED STATES MARSHAL